IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERMAN JOHNSON,                    No. CIV S-08-2995 GGH P

    vs.

MICHAEL KNOWLES,               <u>ORDER</u>
_____/

        Pursuant to the Order, filed on December 17, 2008, petitioner, by filing dated January 7, 2009, has submitted an in forma pauperis application which reveals that petitioner is unable to afford the costs of suit.

        Accordingly, IT IS ORDERED that petitioner's application to proceed in forma pauperis is granted.  <u>See</u> 28 U.S.C. § 1915(a).

DATED: February 9, 2009

        /s/ Gregory G. Hollows

        GREGORY G. HOLLOWS
        UNITED STATES MAGISTRATE JUDGE

GGH: AB
john2995.ifp2