IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HERMAN JOHNSON,** | Case No. CIV S-08-2995 GEB GGH |
| Petitioner, | **ORDER** |
| v. | |
| **MICHAEL KNOWLES,** | |
| Respondent. | |

    Good cause appearing, it is hereby ordered that Respondent's response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before March 18, 2009.

Dated: February 11, 2009

                                                       /s/ Gregory G. Hollows
                                                       _____
                                                       The Honorable Gregory G. Hollows

John2995.eot

1