IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERMAN JOHNSON,

    Petitioner,                    No. CIV S-08-2995 GEB CHS

    vs.

MICHAEL KNOWLES,

    Respondent.                   <u>ORDER</u>

/

        Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas corpus proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." *See* Rule 8(c), Fed. R. Governing § 2254 Cases. In this case, the interests of justice do not require the appointment of counsel at this time.

        Accordingly, IT IS HEREBY ORDERED that petitioner's March 30, 2010 request for appointment of counsel is denied.

DATED: April 29, 2010

*Charlene H. Sorrentino*
CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE

1