IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERMAN JOHNSON,

    Petitioner,                      No. CIV S-08-2995 GEB CHS

    vs.

MICHAEL KNOWLES,

    Respondent.                     <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus brought pursuant to 28 U.S.C. §2254. On April 14, 2010, findings and recommendations issued herein, recommending that the petition be denied.

        On May 20, 2010, petitioner filed a motion for a temporary restraining order and preliminary injunction, seeking access to legal documents needed for the preparation of objections to the pending findings and recommendations. Petitioner's request for injunctive relief is not properly brought in this habeas corpus action and it has been separately recommended that the motion be denied. Sua sponte, petitioner is granted an extension of time of 30 days from the date of this order to file objections to the findings and recommendations.

IT IS SO ORDERED.

Dated: May 26, 2010

*[signature: Charlene H. Sorrentino]*
CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE

1